**LAURA CURRAN**
**County Executive**



**JOHN B. CHIARA**
**Acting County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

October 13, 2021

**Via ECF**

Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Passero v. County of Nassau, et al.
              CV-17-4585 (DG) (ARL)

Dear Judge Gujurati:

This office represents the individual and municipal defendants in the above-referenced matter. This communication is sent in response to Plaintiff's counsel's October 6, 2021 letter requesting a conference (DE 39).

Plaintiff's counsel's correspondence stated that the undersigned informed him that the matter was not presented to the Legislature.

To provide more clarity as to where things stand, please be aware that the Office of the County Attorney has submitted the settlement to the Office of Legislative Affairs for filing with the Legislature. Upon filing, it is up to the Legislature to place the settlement on its calendar.

For that reason, we do not believe that a conference is necessary.

                                          Respectfully submitted,

                                          *Liora M. Ben-Sorek*
                                          Liora M. Ben-Sorek
                                          Deputy County Attorney

cc:    Frederick K. Brewington, Esq. (Via ECF)