UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ROBERT A. PASSERO,

        Plaintiff,

   - against -

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, POLICE OFFICER BRIAN P.
MCLAUGHLIN, in his individual and official capacity,
POLICE OFFICER MARY-JEAN NAPPI, in her individual
and official capacity and "JOHN DOES 1-10", in their
individual and official capacity,

        Defendants.

-------------------------------------------------------------------X

**DOCKET NO.: CV-17-4585**
(DG)(ARL)

**STIPULATION OF
DISCONTINUANCE AND
DISMISSAL**

   IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsels for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action, is dismissed with prejudice AS AGAINST DEFENDANTS COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, POLICE OFFICER BRIAN P. MCLAUGHLIN, POLICE OFFICER MARY-JEAN NAPPI, and without costs or attorney fees to either party as against the other.

**THE LAW OFFICES OF FREDERICK K. BREWINGTON**

By: _____

FREDERICK K. BREWINGTON, ESQ.
556 Peninsula Boulevard
Hempstead, NY 11550
Dated: November 22, 2021

**OFFICE OF THE NASSAU COUNTY ATTORNEY**

By: /s/ Liora Ben-Sorek

LIORA BEN-SOREK
Deputy County Attorney
1 West Street, Mineola, New York 11501
Dated: November 22, 2021

SO ORDERED:

_____

Hon. Diane Gujarati